# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GLOBAL EXPERIENCE SPECIALISTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:14-cv-00421-JCM-NJK |
| PAUL CUNNIFFE, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on Plaintiff's Motion for the Appointment of a Special Process Server, filed on April 21, 2014. *See* Docket No. 11. Plaintiff cites Federal Rule of Civil Procedure 4(c)(3), but provides no legal basis for its request that the Court appoint a special process server. Accordingly, Plaintiff's Motion is Denied Without Prejudice.

IT IS SO ORDERED.

DATED: April 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge